UNITED STATES DISTRICT COURT
                 FOR THE EASTERN DISTRICT OF VIRGINIA
                          Alexandria Division

| | |
|---|---|
| B.D., through his parents Yvonne Heffner and Steve Jones, and Yvonne Heffner and Steve Jones, individually, | |
| Plaintiffs, | Civil Action No. 18-cv-1425 |
| v. | |
| Fairfax County School Board, | |
| Defendant. | |

## PLAINTIFFS' PRETRIAL DISCLOSURES

Pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure, Plaintiffs B.D., through his parents Yvonne Heffner and Steve Jones, and Yvonne Heffner and Steve Jones, individually, make the following pretrial disclosures.

### A. WITNESSES

**I.  Plaintiffs expect to call the following witnesses at trial in their case in chief:**

Julie Causton
150 Huntington Hall
Syracuse, NY 13244

Kathleen Whitbread
1 Southwinds Road
Moodus, CT 06469

Frederick Brigham
42699 Latrobe St.
South Riding, VA 20152

**II. Plaintiffs may call the following witnesses at trial in their case in chief if the need arises:**

Jugnu Agrawal
8115 Gatehouse Road
Falls Church, VA 22042

Jeffrey Litz
7731 Leesburg Pike
Falls Church, VA 22043

Ann Long
8115 Gatehouse Road
Falls Church, VA 22042

Christina Marsden
315 Maple Ave E
Vienna, VA 22180

Jason McBeth
8115 Gatehouse Road
Falls Church, VA 22042

Eleanor Stack
8115 Gatehouse Road
Falls Church, VA 22042

Fabio Zuluaga
828 Slaters Lane, #206
Alexandria, VA 22314

Yvonne Heffner
2930 Stuart Drive
Falls Church, VA 22042

Steve Jones
2930 Stuart Drive
Falls Church. VA 22042

## B. DEPOSITION DESIGNATIONS

Designations are in the form "[page]:[line] to [page]:[line]."

### I. Deposition of Eleanor Stack, May 13, 2019:

Defendants have not at this time agreed to designation of the deposition for inclusion in the evidence. Should the parties agree to designate the relevant portions of the deposition transcript for this litigation, they will do so at a later date because such transcripts are not final. Plaintiffs will supplement these disclosures at that time.

### II. Deposition of Jeffrey Litz, May 14, 2019:

Defendants have not at this time agreed to designation of the deposition for inclusion in the evidence. Should the parties agree to designate the relevant portions of the deposition transcript for this litigation, they will do so at a later date because such transcripts are not final. Plaintiffs will supplement these disclosures at that time.

### III. Deposition of Steve Jones, May 20, 2019:

Parties have jointly agreed to designate the relevant portions of the deposition transcript for this litigation at a later date because such transcripts are not final. Plaintiffs will supplement these disclosures at that time.

### IV. Deposition of Fabio Zuluaga, May 21, 2019:

Defendants have not at this time agreed to designation of the deposition for inclusion in the evidence. Should the parties agree to designate the relevant portions of the deposition transcript for this litigation, they will do so at a later date because such transcripts are not final. Plaintiffs will supplement these disclosures at that time.

### V. Deposition of Yvonne Heffner, May 24, 2019:

Parties have jointly agreed to designate the relevant portions of the deposition transcript for this litigation at a later date because such transcripts are not final. Plaintiffs will supplement these disclosures at that time.

### VI. Deposition of Jason McBeth, June 11, 2019

Defendants have not at this time agreed to designation of the deposition for inclusion in the evidence. Should the parties agree to designate the relevant portions of the deposition transcript for this litigation, they will do so at a later date because such transcripts are not final. Plaintiffs will supplement these disclosures at that time.

### VII. Deposition of Jugnu Agrawal, June 12, 2019:

Defendants have not at this time agreed to designation of the deposition for inclusion in the evidence. Should the parties agree to designate the relevant portions of the deposition transcript for this litigation, they will do so at a later date because such transcripts are not final. Plaintiffs will supplement these disclosures at that time.

### VIII. Deposition of Ann Long, June 17, 2019

Defendants have not at this time agreed to designation of the deposition for inclusion in the evidence. Should the parties agree to designate the relevant portions of the deposition transcript for this litigation, they will do so at a later date because such transcripts are not final. Plaintiffs will supplement these disclosures at that time.

### C. TRIAL EXHIBITS

This list is in addition to any documents that are part of the Administrative Record, which Plaintiffs reserve the right to introduce at trial. Plaintiffs also note that certain documents are pending admission as additional evidence, and Plaintiffs reserve the right to introduce those documents as well assuming that those documents are received into the Administrative Record.

The following exhibits may be offered at trial.

| Exhibit Number (PTX) | Date | Description/Identification |
|---|---|---|
| 1 | 2014.04.XX | VDOE – Guidance Document: VAAP Participation Criteria and the Determination of Significant Cognitive Disabilities (Stack Deposition Exhibit #13) |
| 2 | 2015.04.06 | Letter from FCPS to the Parents of Ben Deaver re Response to request for Benjamin Deaver to attend Marshall High School (WCBD_00015278 – 5279) |
| 3 | 2015.10.02 | Recording (WCBD_00037322) |
| 4 | 2015.10.27 | Emails between J. Agrawal and Y. Heffner re Ben Deaver (WCBD_00001347) |
| 5 | 2015.11.11 | Memo from K. Greer to R. Thompson re Summary Memo for November 6, 2015 Meeting (FCSB 010228 – 0229) |
| 6 | 2015.12.09 | Email from F. Zuluaga to J. Litz re Checking in (FCPS 0003844 – 3845) |
| 7 | 2015.12.17 | Memo from K. Greer to R. Thompson re Summary Memo for December 4, 2015 Meeting (FCSB 010252 – 0253) |
| 8 | 2016.02.10 | Email from E. Stack to Y. Heffner re Solutions for problems at Marshall (WCBD_00002110 – 2114) |
| 9 | 2016.02.18 | Email from K. Greer to J. Litz, S. Willis, and E. Reed re Completed Work Envelopes (FCPS 0000523 – 524) |
| 10 | 2016.03.08 | Email from J. Litz to M. Aldrich re Excessive time spent on non-academic activities during class (FCPS 0002659 – 2663) |

| | | |
|---|---|---|
| 11 | 2016.03.11 | Email from J. Litz to E. Stack, J. Strong, M. Aldrich, J. Pearson, F. Zuluaga, J. Lipp re Completed math work (FCPS 0003067) |
| 12 | 2016.03.28 | Email from F. Zuluaga to J. Litz re Excessive time spent on non-academic activities during class (FCPS 0002769) |
| 13 | 2016.03.29 | Email from F. Zuluaga to J. Litz re Ben Deaver state complaint (FCPS 0002777 – 2778) |
| 14 | 2016.04.06 | Affidavit of Jeffrey Litz (FCSB 009558 – 9559) |
| 15 | 2016.04.26 | Email from E. Reed to J. Litz and M. Aldrich re Heads up regarding IEP meeting planned for tomorrow! (FCPS 0002897 – 2898) |
| 16 | 2016.05.03 | Email from J. Litz to M. Aldrich re IEP Meeting Dates (FCPS 0001547 – 1548) |
| 17 | 2016.05.13 | Email from J. Litz to M. Dickson and E. Reed re Proposed Annual IEP (FCPS 0001594) |
| 18 | 2016.05.13 | Email from M. Aldrich to J. Litz, E. Stack, and J. Strong (FCPS 0001484 – 1485) |
| 19 | 2016.05.23 | Email from F. Zuluaga to M. Claude re Ben Deaver state complaint decision (Zuluaga Deposition Exhibit #10) |
| 20 | 2016.06.10 | SOL Results (High Score Only) 15-16 (Litz Deposition Exhibit #22) |
| 21 | 2016.10.05 | Email from Y. Heffner to F. Zuluaga re Class visitation request (WCBD_00012771 – 2773) |
| 22 | 2016.10.24 | Email from F. Zuluaga to M. Claude re Request for Class Observation (Zuluaga Deposition Exhibit #6) |
| 23 | 2016.10.24 | Email from Y. Heffner to F. Zuluaga and M. Claude re Request for Class Observation (WCBD_00013038 – 3039) |
| 24 | 2016.11.04 | Email from J. Litz to Y. Heffner re Class observations (WCBD_00005000 – 5001) |
| 25 | 2017.07.25 | Email from Y. Heffner to J. Litz re Retaliation (FCSB 002131) |
| 26 | 2017.09.13 | Email from Y. Heffner to J. Tamborini re List of jobs for theatre assistants (FCSB 009174 – 9176) |
| 27 | 2017.09.14 | Email from Y. Heffner to M. Szente re parent meeting (Long Deposition Exhibit #10) |
| 28 | 2017.10.12 | Email from T. Taylor to K. Wilson and J. Tamborini re Safety Tests (FCSB 009173) |
| 29 | 2017.10.19 | Email from J. Litz to Y. Heffner re Work list for Theatre (WCBD_00006393 – 6394) |
| 30 | 2017.10.24 | Letter from D. Skrincosky to J. Tamborini re Ben Deaver (FCSB 009171) |
| 31 | 2017.10.25 | Recording of phone meeting with Stephen Lockard, Yvonne Heffner and Steve Jones (WCBD_00037376) |
| 32 | 2017.10.27 | Email from F. Zuluaga to J. Litz re High School principal's negative attitude toward Special Education students (FCSB 008906 – 8907) |
| 33 | 2017.11.02 | Recording of phone meeting with Dr. Scott Brabrand, Yvonne Heffner and Steve Jones (WCBD_00037377) |
| 34 | 2017.11.06 | Email from Y. Heffner to J. Litz re Assignment Notebook (WCBD_00015028) |

| | | |
|---|---|---|
| 35 | 2017.11.06 | Marshall Meeting Notes (FCSB 009008 – 9011) |
| 36 | 2017.11.08 | Email from F. Zuluaga to J. Litz re Ben still doing nothing during most Learn periods, including History (WCBD_00006865 – 6867) |
| 37 | 2017.11.08 | Email from Y. Heffner to F. Bowdey, D. Skrincosky, E. Stack, F. Zuluaga, J. Pearson, T. Johnson, and I. Meier re False statements from teacher and principal at Marshall HS (WCBD_00015066 – 5068) |
| 38 | 2017.11.09 | Email from J. Litz to Y. Heffner re Ben still doing nothing during most Learn periods, including History (Zuluaga Deposition Exhibit #13) |
| 39 | 2017.11.16 | Deaver/Heffner Meeting (FCSB 008736) |
| 40 | 2017.11.16 | Recording of phone meeting with F. Zuluaga and J. Litz et al, and Y. Heffner and S. Jones (WCBD_00037379) |
| 41 | 2018.02.02 | Marshall Meeting Notes (FCSB 009119 – 9120) |
| 42 | 2018.02.23 | Fairfax Times Article: Still no solution to decade-old FCPS math problem (Litz Deposition Exhibit #3) |
| 43 | 2018.03.12 | Email from Y. Heffner to J. Litz re 2017-18 Assignment Notebook (WCBD_00018449) |
| 44 | 2018.04.09 | Email from J. Litz to Y. Heffner re Teachers still not using Assignment book properly (WCBD_00007933) |
| 45 | 2018.04.21 | Email from E. Stack to Y. Heffner re dates of observations and summaries of the notes (WCBD_00008070 – 8072) |
| 46 | 2018.08.21 | Career Assessment Report (FCSB 000104 – 115) |
| 47 | 2018.09.04 | Email from J. Litz to S. Jones re Urgent request for schedule revision (FCSB 002387 – 2388) |
| 48 | 2018.10.09 | IEP (FCSB 008650 – 8686) |
| 49 | 2018.11.16 | Email from E. Stack to Y. Heffner re reduced SOL requirement for SPED (WCBD_00009538 – 9540) |
| 50 | 2019 | FCPS SY 2019 Program Budget: DSS Program Profiles 2018-19 (Stack Deposition Exhibit #4) |
| 51 | 2019.03.18 | Mathematics Data (FCSB 008909 – 8918) |
| 52 | 2019.03.XX | Applied Studies Diploma: FCPS (FCSB 009160 – 9163) |
| 53 | 2019.03.21 | Emails between M. Szente, Y. Heffner, and S. Jones (FCSB 002481 – 2632) |
| 54 | 2019.05.09 | FCPS Adapted Curriculum, PreK-12 (Stack Deposition Exhibit #2) |
| 55 | 2019.05.09 | Kaufman Test of Educational Achievement: Ben Deaver (McBeth Deposition Exhibit #2) |
| 56 | 2019.05.09 | Report of Psychoeducational Evaluation (McBeth Deposition Exhibit #4) |
| 57 | 2019.05.13 | FCPS Program Profile: PreK-12 Adapted Curriculum (Stack Deposition Exhibit #3) |
| 58 | 2019.05.24 | FCSB's Supplemental Interrogatory Answer to Plaintiffs' Interrogatory No. 8 and Expert Witness Designations |
| 59 | N/A | FCSB's Support Plan Document Production (FCSB 011265 – 1551) |
| 60 | N/A | Fabio Zuluaga Curriculum Vitae |
| 61 | N/A | FCSB's Answer to Plaintiff's Interrogatory No. 15 (Agrawal Deposition Exhibit #11) |
| 62 | N/A | IEP Accommodations for Marshall High Students with Down Syndrome (FCSB 008688 – 8693) |

| | | |
|---|---|---|
| 63 | N/A | SOL Testing Data for FCPS and Marshall HS 2014-2018 (FCSB 008919 – 8925) |
| 64 | N/A | Summary of Work on Marshall School Support Plan (FCSB 009107 – 9158) |
| 65 | N/A | List of Professional Technical Theatre Positions (WCBD_00041625 – 1629) |
| 66 | N/A | VAAP Aligned Standards of Learning 2018-2019 (Stack Deposition Exhibit #6) |
| 67 | N/A | Response to Interrogatory 13 (Stack Deposition Exhibit #21) |
| 68 | N/A | 2016-2017 Adapted Curriculum Support Tracker (FCSB 009049 – 9052) |
| 69 | N/A | 2015-2016 Adapted Curriculum Support Tracker (FCSB 009053 – 9068) |
| 70 | N/A | NCWD/Youth Guideposts for Success (Long Deposition Exhibit #6) |
| 71 | N/A | Kohler, P., Gothberg, J., Fowler, C., Coyle, J. (2016). Taxonomy for Transition Progamming 2.0: A Model for Planning, Organizing, and Evaluating Tranition Education, Services, and Programs (Long Deposition Exhibit #8) |
| 72 | N/A | Agran, M., Alper, S., & Wehmeyer, M. (2002). Access to the general education curriculum for students with significant disabilities. Education and Training in Mental Retardation and Developmental Disabilities, 37, 123-133. (WCBD_00037682 – 7690) |
| 73 | N/A | Benz, M. R., Lindstrom, L., & Yovanoff, P. (2000). Improving graduation and employment outcomes of students with disabilities: Predictive factors and student perspectives. Exceptional Children, 66(4), 509-529. (WCBD_00037691 – 7711) |
| 74 | N/A | Wehmeyer, M., & Agran, M. (2006). Promoting access to the general curriculum for students with significant cognitive disabilities. In D. Browder, & F. Spooner (Eds.), Teaching language arts, math, and science to students with significant cognitive disabilities (pp. 15–37). Baltimore, MD: Paul H. Brookes. |
| 75 | N/A | Cosier, M., Causton-Theoharis, J., & Theoharis, G. (2013). Does access matter? Time in general education and achievement for students with disabilities. Remedial and Special Education, 34(6), 323-332. |
| 76 | N/A | Doré, R., Dion, É., Wagner, S., & Brunet, J. P. (2002). High school inclusion of adolescents with mental retardation: A multiple case study. Education and Training in Mental Retardation and Developmental Disabilities, 253-261. |
| 77 | N/A | Fisher, M., & Meyer, L. H. (2002). Development and social competence after two years for students enrolled in inclusive and self-contained educational programs. Research and Practice for Persons with Severe Disabilities, 27(3), 165-174. |
| 78 | N/A | Hinnant, J., O'Brien, M., & Ghazarian, S. R. (2009). The longitudinal relations of teacher expectations to achievement in the early school years. Journal of Educational Psychology, 101(3), 662-670. |

| | | |
|---|---|---|
| 79 | N/A | Hughes, C., Cosgriff, J. C., Agran, M., & Washington, B. H. (2013). Student selfdetermination: A preliminary investigation of the role of participation in inclusive settings. Education and Training in Autism and Developmental Disabilities, 3-17. |
| 80 | N/A | Hunt, P., Farron-Davis, F., Beckstead, S., Curtis, D., & Goetz, L. (1994). Evaluating the effects of placement of students with severe disabilities in general education versus special classes. Journal of the Association for Persons with Severe Handicaps, 19(3), 200-214. |
| 81 | N/A | Jorgensen, C. M., McSheehan, M., & Sonnenmeier, R. M. (2007). Presumed competence reflected in the educational programs of students with IDD before and after the Beyond Access professional development intervention. Journal of Intellectual and Developmental Disability, 32(4), 248-262. |
| 82 | N/A | Kurth, J., & Mastergeorge, A. M. (2010). Individual education plan goals and services for adolescents with autism: Impact of age and educational setting. The Journal of Special Education, 44(3), 146-160. |
| 83 | N/A | Kurth, J. A., Born, K., & Love, H. (2016). Ecobehavioral characteristics of self-contained high school classrooms for students with severe cognitive disability. Research and Practice for Persons with Severe Disabilities, 41(4), 227-243. |
| 84 | N/A | MacLean, H., McKenzie, K., Kidd, G., Murray, A.L., Schwannauer, M. (2011). Measurement invariance in the assessment of people with an intellectual disability. Research in Developmental Disabilities, 32, 1081-1085. |
| 85 | N/A | McDonnell, J., Thorson, N., & McQuivey, C. (2000). Comparison of the instructional contexts of students with severe disabilities and their peers in general education classes. Journal of the Association for Persons with Severe Handicaps, 25(1), 54-58. |
| 86 | N/A | McSheehan, M., Sonnenmeir, R., Jorgensen, C., Mirenda, P., & Iacono, T. (2009). Membership, participation, and learning in general education classrooms for students with autism spectrum disorders who use AAC. Autism spectrum disorders and AAC, 413-442. |
| 87 | N/A | Soukup, J., Wehmeyer, M., Bashinski, S. & Bovaird, J.. (2007). Classroom variables and access to the general curriculum for students with disabilities. EXCEPTIONAL CHILDREN,74, 101-120. |
| 88 | N/A | Test, D. W., Mazzotti, V. L., Mustian, A. L., Fowler, C. H., Kortering, L., & Kohler, P. (2009). Evidence-based secondary transition predictors for improving postschool outcomes for students with disabilities. Career Development for Exceptional Individuals, 32(3), 160-181. |
| 89 | N/A | U.S. Department of Education (December, 2017). Questions and Answers on U. S. Supreme Court Case Decision Endrew F. v. Douglas County School District Re-1. Retrieved from: https://www2.ed.gov/policy/speced/guid/idea/memosdcltrs/qaendrewcase-12-07-2017.pdf |

| 90 | N/A | Wagner, M., Newman, L., Cameto, R., Levine, P., & Garza, N. (2006). An Overview of Findings from Wave 2 of the National Longitudinal Transition Study-2 (NLTS2). NCSER 2006-3004. National Center for Special Education Research. |
|---|---|---|
| 91 | N/A | White, J., & Weiner, J. S. (2004). Influence of least restrictive environment and community based training on integrated employment outcomes for transitioning students with severe disabilities. Journal of Vocational Rehabilitation, 21(3), 149-156. |
| 92 | N/A | Allor, J. H., Mathes, P. G., Jones, F. G., Champlin, T. M., & Cheatham, J. P. (2010). Individualized research-based reading instruction for students with intellectual disabilities: Success stories. Teaching Exceptional Children, 42(3), 6-12. |
| 93 | N/A | Archamboult, I., Janosz, M., & Chouindard, R. (2012). Teacher beliefs as predictors of adolescent cognitive engagement and achievement in mathematics. The Journal of Educational Research, 105, 319-328 |
| 94 | N/A | Archer, A., & Hughes, C. (2011). Explicit Instruction: Effective and Efficient Teaching. NY: Guilford Publications. |
| 95 | N/A | Bacon, J., Rood, C. E., & Ferri, B. A. (2016). Promoting access through segregation: The emergence of the "prioritized curriculum" class. Teachers College Record, 118(14), 1-22. |
| 96 | N/A | Browder, D. M., Hudson, M. E., & Wood, L. (2013). Teaching students with moderate intellectual disability who are emergent readers to comprehend text. Exceptionality, 38, 17-29. doi:10.1080/09362835.2013.802236 |
| 97 | N/A | Browder, D. M., Jimenez, B. A., & Trela, K. (2012). Grade-aligned math instruction for secondary students with moderate intellectual disability. Education and Training in Autism and Development Disabilities, 47, 373-388. |
| 98 | N/A | Browder, D. M., Spooner, F., Ahlgrim-Delzell, D. M., Harris, A., & Wakeman, S. (2008). A meta-analysis on teaching mathematics to students with significant cognitive disabilities. Exceptional Children, 74, 407-432. |
| 99 | N/A | Buckley, S.J., Bird, G., Sacks, B. & Archer, T. (2006). A comparison of mainstream and special school education for teenagers with Down syndrome: effects on social and academic development. Down Syndrome Research and Practice, 9(3), 51-67. |
| 100 | N/A | Burgoyne, K., Duff, F., Clarke, P. J., Buckley, S., Snowling, M., & Hulme, C. (2012). Efficacy of a reading and language intervention for children with Down syndrome: a randomized controlled trial. Journal of Child Psychology and Psychiatry, 53(10), 1044-1053. DOI: 10.1111/j.1469-7610.2012.02557.x |
| 101 | N/A | Cain K, Oakhill J, Bryant P. (2004). Children's reading comprehension ability: Concurrent prediction by working memory, verbal ability, and component skills. Journal of Educational Psychology, 96(1), 31–42. |

| | | |
|---|---|---|
| 102 | N/A | Collins, B. C., Evans, A., Creech-Galloway, C., Karl, J., & Miller, A. (2007). Comparison of the Acquisition and Maintenance of Teaching Functional and Core Content Sight Words in Special and General Education Settings. Focus on Autism and Other Developmental Disabilities, 22(4), 220–233. https://doi.org/10.1177/10883576070220040401 |
| 103 | N/A | Collins, B. C., Karl, J., Riggs, L., Galloway, C. C., & Hager, K. D. (2010). Teaching core content with real-life applications to secondary students with moderate and severe disabilities. Teaching Exceptional Children, 43, 52-59. |
| 104 | N/A | Courtade, G., Browder, D. M., Spooner, F. H., & DiBiase, W. (2010). Training teachers to use an inquiry-based task analysis to teach science to students with moderate and severe disabilities. Education and Training in Developmental Disabilities, 45, 378-399. |
| 105 | N/A | Fidler, D. J., & Nadel, L. (2007). Educating children with Down syndrome: Neuroscience, development, and intervention. Mental Retardation and Developmental Disabilities Research Reviews, 13, 262–271. |
| 106 | N/A | Fisher, M., & Meyer, L. H. (2002). Development and social competence after two years for students enrolled in inclusive and self-contained educational programs. Research and Practice for Persons with Severe Disabilities, 27(3), 165-174. |
| 107 | N/A | Giangreco, M. F., Suter, J. C., & Doyle, M. B. (2010). Paraprofessionals in inclusive schools: A review of recent research. Journal of Educational and Psychological Consultation, 20, 41-57. |
| 108 | N/A | Godsey, J. R., Schuster, J. W., Lingo, A. S., Collins, B. C., & Kleinert, H. L. (2008). Peer-implemented time delay procedures on the acquisition of chained tasks by students with moderate and severe disabilities. Education and Training in Developmental Disabilities, 43(1), 111-122. |
| 109 | N/A | Grieco J, Pulsifer M, Seligsohn K, Skotko B, Schwartz A. (2015). Down syndrome: Cognitive and behavioral functioning across the lifespan. American Journal of Medical Genetetics, C Seminar Medical Genetics, 169(2), 135–49. |
| 110 | N/A | Munro, J. (2011). The role of working memory in mathematics learning and numeracy. Handout from conference presentation, Memory and Learning: What Works? Retrieved from www.cheri.com.au/documents/handout_maths_ld_John_Munro.pdf |
| 111 | N/A | Hudson, M. E., & Browder, D. M. (2014). Improving Listening Comprehension Responses for Students With Moderate Intellectual Disability During Literacy Class. Research and Practice for Persons with Severe Disabilities, 39(1), 11–29. https://doi.org/10.1177/1540796914534634 |

| 112 | N/A | Hughes, C.A., Morris, J.R., Therrien, W.J. & Benson, S.K. (2017). Explicit instruction: Historical and contemporary contexts. Learning Disabilities Research & Practice, 32(3), 140–148 |
|---|---|---|
| 113 | N/A | Jackson, L. B., Ryndak, D. L., & Wehmeyer, M. L. (2009). The dynamic relationship between context, curriculum, and student learning: A case for inclusive education as a research-based practice. Research and Practice for Persons with Severe Disabilities (RPSD), 33(4), 175–195. |
| 114 | N/A | Jameson, J. M., McDonnell, J., Polychronis, S., & Riesen, T. (2008). Embedded constant time delay instruction by peers without disabilities in general education classrooms. Intellectual and Developmental Disabilities, 46(5), 346-363. doi:10.1353/etc.2007.0001 |
| 115 | N/A | Jarrold, Chris & Nadel, Lynn & Vicari, Stefano. (2009). Memory and neuropsychology in Down syndrome. Down's Syndrome, Research and Practice. 12. |
| 116 | N/A | Jarrold, C. & Baddeley, AD. (2001). Short-term memory in Down syndrome: Applying the working memory model. Down's syndrome, research and practice : the journal of the Sarah Duffen Centre / University of Portsmouth. 7. 17-23. 10.3104/reviews.110. |
| 117 | N/A | Jimenez, B., Browder, D., Spooner, F., & DiBiase, W. (2012). Inclusive inquiry science using peer-mediated embedded instruction for students with moderate intellectual disability. Exceptional Children, 78, 301-317. |
| 118 | N/A | Johnson, J. W., McDonnell, J., Holzwarth, V. N., & Hunter, K. (2004). The Efficacy of Embedded Instruction for Students with Developmental Disabilities Enrolled in General Education Classes. Journal of Positive Behavior Interventions, 6(4), 214–227. https://doi.org/10.1177/10983007040060040301 |
| 119 | N/A | Kumin, L. (2006). Differential diagnosis and treatment of speech sound production problems in individuals with Down syndrome. Down Syndrome Quarterly, 8, 7-18. |
| 120 | N/A | Laws G. (2004). Contributions of phonological memory, language comprehension and hearing to the expressive language of adolescents and young adults with Down syndrome. Journal of Child Psychology and Psychiatry and Allied Disciplines, 45, 1085–1095. |
| 121 | N/A | McDonnell, J., Mathot-Buckner, C., Thorson, N., & Fister, S. (2001). Supporting the inclusion of students with moderate and severe disabilities in junior high school general education classes: The effects of classwide peer tutoring, multi-element curriculum, and accommodations. Education and Treatment of Children, 24, 141-160. |

| 122 | N/A | McDonnell, J., Johnson, J. W., Polychronis, S., & Risen, T. (2002). Effects of embedded instruction on students with moderate disabilities enrolled in general education classes. Education and Training in Mental Retardation and Developmental Disabilities, 37, 363-377. |
|---|---|---|
| 123 | N/A | McGrew, K. S., & Evans, J. (2004). Expectations for students with cognitive disabilities: Is the cup half empty or half full? Can the cup flow over? (Synthesis Report 55). Minneapolis, MN: University of Minnesota, National Center on Educational Outcomes. Retrieved from the World Wide Web: http://education.umn.edu/NCEO/OnlinePubs/Synthesis55.html |
| 124 | N/A | McLeskey, J., Barringer, M-D., Billingsley, B., Brownell, M., Jackson, D., Kennedy, M., Lewis, T., Maheady, L., Rodriguez, J., Scheeler, M. C., Winn, J., & Ziegler, D. (2017, January). Highleverage practices in special education. Arlington, VA: Council for Exceptional Children & CEEDAR Center. |
| 125 | N/A | Morgan, M., Moni, K., & Jobling. A. (2004). What's it all about? Investigating reading comprehension strategies in young adults with Down syndrome. Down Syndrome Research and Practice, 9(2), 37-44. doi: 10.3104/reports.290 |
| 126 | N/A | Morse, T. E., & Schuster, J. W. (2004). Simultaneous prompting: A review of literature. Education and Training in Developmental Disabilities, 39, 153-168. |
| 127 | N/A | Newman, L., Wagner, M., Huang, T., Shaver, D., Knokey, A.-M., Yu, J., . . . Cameto, R. (2011). Secondary school programs and performance of students with disabilities: A special topic report of findings from the National Longitudinal Transition Study-2 (NLTS2). (NCSER 2012-3000). Washington DC: U.S. Department of Education, National Center for Special Education Research. |
| 128 | N/A | Riesen, T., McDonnell, J., Johnson, J. W., Polychronis, S., & Jameson, M. (2003). A comparison of constant time delay and simultaneous prompting within embedded instruction in general education classes with students with moderate to severe disabilities. Journal of Behavioral Education, 12, 241-259. |
| 129 | N/A | Rosenshine, B. (1987). Explicit Teaching and Teacher Training. Journal of Teacher Education, 38(3), 34–36. https://doi.org/10.1177/002248718703800308 |
| 130 | N/A | Rosenthal, R., &. Jacobson, L. (1963). Teachers' expectancies: Determinants of pupils' IQ gains. Psychological Reports, 19, 115-118. |
| 131 | N/A | Rynders, J., Abery, B. H., Spiker, D., Olive, M. L., Sheran, C. P., & Zajac, R. J. (1997). Improving educational programming for individuals with Down syndrome: Engaging the fuller competence. Down Syndrome Quarterly, 2, 1–11. |

| | | |
|---|---|---|
| 132 | N/A | Scruggs, T., Mastropieri, M., Berkeley, S., & Graetz, J. (2010). Do Special Education Interventions Improve Learning of Secondary Content? A Meta-Analysis. Remedial and Special Education, 31(6), 437-449. |
| 133 | N/A | Smith, J. L. M., Saez, L., & Doabler, C. T. (2016). Using explicit and systematic instruction to support working memory. TEACHING Exceptional Children, 48, 275-281. doi: 10.1177/0040059916650633 |
| 134 | N/A | Soukup, J., Wehmeyer, M., Bashinski, S. & Bovaird, J.. (2007). Classroom variables and access to the general curriculum for students with disabilities. EXCEPTIONAL CHILDREN,74, 101-120. |
| 135 | N/A | Thurlow, M. L., Lazarus, S. S., & Bechard, S. (Eds.). (2013). Lessons learned in federally funded projects that can improve the instruction and assessment of low performing students with disabilities. Minneapolis, MN: University of Minnesota, National Center on Educational Outcomes. |
| 136 | N/A | Thurlow, M. L. (2010, April 28). Written testimony before the Health, Education, Labor and Pensions Committee (HELP), United States Senate. Available at http://www.cehd.umn.edu/NCEO/Presentations/ThurlowTestimony2010.pdf |
| 137 | N/A | Waugh, R. E., Fredrick, L. D., & Alberto, P. A. (2009). Using simultaneous prompting to teach sounds and blending skills to students with moderate intellectual disabilities. Research in Developmental Disabilities, 30, 1435-1447. |
| 138 | N/A | Zisimopoulos, D., Sigafoos, J., & Koutromanos, G. (2011). Using video prompting and constant time delay to teach an Internet search basic skill to students with intellectual disabilities. Education and Training in Autism and Developmental Disabilities, 46, 238-250. |
| 139 | N/A | McGraw Hill, Level C Correlation to Grade 2 Common Core State Standards for Mathematics |
| 140 | N/A | McGraw Hill, Level D Correlation to Grade 3 Common Core State Standards for Mathematics |
| 141 | N/A | Curriculum Associates Publishing (n.d). Brigance: Special Education Program Overview. Retrieved from https://www.curriculumassociates.com/products/brigance/special-education |
| 142 | N/A | Corrective Reading Overview Brochure |
| 143 | N/A | Thomas Hehir and Associates, Review of Special Education in the Commonwealth of Massachusetts: A Synthesis Report, at 8 (August 2014) |
| 144 | N/A | Laws, G., Brown, H., & Main, E. (2016). Reading comprehension in children with Down syndrome. Reading & Writing, 29(1), 21-45. |

| 145 | N/A | Leffert, J.S., Brady, M.E., & Siperstein, G.N. (2009). A "tools for teachers" approach for infusing social skills instruction into daily teaching activities. Teaching Exceptional Children Plus. 6(2), 1-23. |
|---|---|---|
| 146 | N/A | Markey, S.A., & Hoh, P. (2008). Exceptional writing in a young adult with Down syndrome. Down Syndrome Research and Practice, 1-10. |
| 147 | N/A | Munro, J. (2011). The role of working memory in mathematics learning and numeracy. Handout from conference presentation, Memory and Learning: What Works? Retrieved from www.cheri.com.au/documents/handout_maths_ld_John_Munro.pdf |
| 148 | N/A | Pelatti, C. Y.(2015). Enhancing oral and written language for adolescents and young adults with down syndrome. Seminars in Speech Language, 36(01), 50-59. DOI: 10.1055/s-0034-1396446 |
| 149 | N/A | Pressley, M., Yokoi, L., Rankin, J., Wharton-McDonald, R., & Mistretta, J. (1997). A survey of the instructional practices of grade 5 teachers nominated as effective in promoting literacy. Scientific Studies of Reading, 2, 1-16. doi:10.1207/s1532799xssr0102_3 |
| 150 | N/A | Ryndak, D., Jackson, L., & White, J. (2013). Involvement and progress in the general education curriculum for students with extensive support needs: K-12 inclusive education research and implications for the future. Inclusion, 1(1), 28-49. |
| 151 | N/A | de Boer, H., Bosker, R. J., & van der Werf, M. P. C. (2010). Sustainability of teacher expectation bias effects on long-term student performance. Journal of Educational Psychology, 102(1), 168-179. http://dx.doi.org/10.1037/a0017289 |
| 152 | N/A | Garrote, Ariana; Sermier Dessemontet, Rachel; Moser Opitz, Elisabeth (2017). Facilitating the social participation of pupils with special educational needs in mainstream schools: A review of school-based interventions. Educational Research Review, 20:12-23. |
| 153 | N/A | Carter, E. W., Asmus, J., Moss, C. K., Biggs, E. E., Bolt, D. M., Born, T. L., … Weir, K. (2016). Randomized Evaluation of Peer Support Arrangements to Support the Inclusion of High School Students with Severe Disabilities. Exceptional Children, 82(2), 209–233. |
| 154 | N/A | Cushing, L. S., Kennedy, C. H., Shukla, S., Davis, J., & Meyer, K. A. (1997). Disentangling the Effects of Curricular Revision and Social Grouping Within Cooperative Learning Arrangements. Focus on Autism and Other Developmental Disabilities, 12(4). |
| 155 | N/A | De Graaf G., G. van Hove & Haveman MJ (2013). Effects of regular versus special school placement on students with Down syndrome – a systematic review of studies. In: In: New Developments in Down Syndrome Research (eds.: E. van den Bosch & A. Dubois), pp. 45–86. Nova Science Publishers Inc, Hauppauge, NY. |

| | | |
|---|---|---|
| 156 | N/A | Dessemontet, R. S., Bless, G., & Morin, D. (2012). Effects of inclusion on the academic achievement and adaptive behaviour of children with intellectual disabilities. Journal of Intellectual Disability Research, 56(6), 579-587. |
| 157 | N/A | Faragher & Brown, RI (2005). Numeracy for adults with Down syndrome: it's a matter of quality of life. Journal of Intellectual Disabilities Research, 49(10), 761-765. |
| 158 | N/A | Franzke, M., Kintsch, E., Caccamise, D., Johnson, N., & Dooley, S. (2005). Summary Street: Computer support for comprehension and writing. Journal of Educational Computing Research, 33, 53-80. doi:10.2190/DH8F-QJWM-J457-FQVB |
| 159 | N/A | Helmstetter, E., Curry, C. A., Brennan, M., & Sampson-Saul, M. (1998). Comparison of general and special education classrooms of students with severe disabilities. Education and Training in Mental Retardation and Developmental Disabilities, 33, 216-227. |
| 160 | N/A | Nichols, J. N. (1980). Using paragraph frames to help remedial high school students with written assignments. Journal of Reading, 24, 228-231. |
| 161 | N/A | O'Connor, I.M. & Klein, P.D. (2004). Exploration of strategies for facilitating the reading comprehension of high-functioning students with autism spectrum disorders. Autism & Developmental Disorders, 34 (115). https://doi.org/10.1023/B:JADD.0000022603.44077.6b |
| 162 | N/A | Vincent, C., Horner, R. & Sugai, G. (2002). Developing social competence for all students. Clearinghouse on Disabilities and Gifted Education. |
| 163 | N/A | Agran, M., Alper, S., & Wehmeyer, M. (2002). Access to the general education curriculum for students with significant disabilities. Education and Training in Mental Retardation and Developmental Disabilities, 37, 123-133. |
| 164 | N/A | Bouck, E. C. (2009). No Child Left Behind, the Individuals with Disabilities Education Act and functional curricula: A conflict of interest?. *Education and Training in Developmental Disabilities*, 3-13. |
| 165 | N/A | Browder, Diane & Y. Wakeman, Shawnee & Flowers, Claudia & Rickelman, Robert & Pugalee, David & Karvonen, Meagan. (2007). Creating Access to the General Curriculum With Links to Grade-Level Content for Students With Significant Cognitive Disabilities. Journal of Special Education - J SPEC EDUC. 41. 2-16. 10.1177/00224669070410010101. |
| 166 | N/A | Cimera, R. E. (2010). Can community-based high school transition programs improve the costefficiency of supported employment? Career Development for Exceptional Individuals, 33, 4–12. doi: 10.1177/0885728809346959 |
| 167 | N/A | Decker, D. M., & Bolt, S. E. (2008). Challenges and opportunities for promoting student achievement through large-scale assessment results: Research, reflections, and future directions. *Assessment for Effective Intervention*, *34*(1), 43-51. |

| 168 | N/A | Flowers, Claudia & Wakeman, Shawnee & Browder, Diane & Karvonen, Meagan. (2009). Links for Academic Learning (LAL): A Conceptual Model for Investigating Alignment of Alternate Assessments Based on Alternate Achievement Standards. Educational Measurement: Issues and Practice. 28. 25 - 37. 10.1111/j.1745-3992.2009.01134.x. |
|---|---|---|
| 169 | N/A | Hughes, C., Cosgriff, J. C., Agran, M., & Washington, B. H. (2013). Student self-determination: A preliminary investigation of the role of participation in inclusive settings. *Education and Training in Autism and Developmental Disabilities*, 3-17. |
| 170 | N/A | Jorgensen, C. M. (1998). *Restructuring High Schools for all Students: Taking Inclusion to the Next Level*. Paul H. Brookes Publishing Company. |
| 171 | N/A | Sauer, J. S., & Jorgensen, C. M. (2016). Still Caught in the Continuum: A Critical Analysis of Least Restrictive Environment and Its Effect on Placement of Students With Intellectual Disability. *Inclusion*, *4*(2), 56-74. |
| 172 | N/A | Test, D. W., Mazzotti, V. L., Mustian, A. L., Fowler, C. H., Kortering, L., & Kohler, P. (2009). Evidence-based secondary transition predictors for improving postschool outcomes for students with disabilities. *Career Development for Exceptional Individuals*, *32*(3), 160-181. |
| 173 | N/A | Walker, H. M., Calkins, C., Wehmeyer, M. L., Walker, L., Bacon, A., Palmer, S. B., & Johnson, D. R. (2011). A social-ecological approach to promote self-determination. Exceptionality, 19, 6–18. doi: 10.1080/09362835.2011.537220 |
| 174 | N/A | Wehmeyer, M. L., & Metzler, C. A. (1995). How self-determined are people with mental retardation? The National Consumer Survey |

Plaintiffs reserve the right to use or introduce any other documents, not listed above, that are listed by Defendant on its exhibit list.

Dated: June 19, 2019

Respectfully submitted,

/s/ J. Andrew Keyes
J. Andrew Keyes (VSB No. 37972)
Christopher Suarez (pro hac vice)
Alex C. Ussia (pro hac vice)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000

Facsimile: (202) 434-5029
akeyes@wc.com
csuarez@wc.com

# CERTIFICATE OF SERVICE

       I hereby certify that on the 19th day of June, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following:

> John F. Cafferky (VSB No. 21679)
> Wesley D. Allen (VSB No. 76458)
> BLANKINGSHIP & KEITH, P.C.
> 4020 University Drive, Suite 300
> Fairfax, Virginia 22030
> jcafferky@bklawva.com
> wallen@bklawva.com
> Telephone: (703) 691-1235
> Facsimile: (703) 691-3913
> *Counsel for Defendant*
> *Fairfax County School Board*

> /s/ J. Andrew Keyes
> J. Andrew Keyes (VSB No. 37972)
> Christopher Suarez (pro hac vice)
> Alex C. Ussia (pro hac vice)
> WILLIAMS & CONNOLLY LLP
> 725 Twelfth Street, N.W.
> Washington, DC 20005
> Telephone: (202) 434-5000
> Facsimile: (202) 434-5029
> akeyes@wc.com
> csuarez@wc.com