IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

B.D., through his parents Yvonne Heffner )
and Steve Jones, et al., )
)
          Plaintiffs, )
)
v. )      Case No. 1:18-cv-01425(CMH/IDD)
)
FAIRFAX COUNTY SCHOOL BOARD, )
)
          Defendant. )

## ORDER OF DISMISSAL

This action comes before the Court this day upon the Parties' joint representation that this case has been resolved and should be dismissed with prejudice, it is accordingly hereby

ORDERED that this action, and all claims asserted therein, be DISMISSED with prejudice.

It is further ORDERED that the previously-scheduled trial scheduled to commence on the Court's docket on September 17, 2019, shall be removed.

It is further ORDERED the Clerk of Court shall administratively close this case and place it among the ended causes.

The Clerk is directed to provide a copy of this Order to all counsel of record.

THIS ORDER IS FINAL.

ENTERED this _____ day of _____, 2019

Alexandria, Virginia

_____
Claude M. Hilton
United States District Judge

1

WE ASK FOR THIS:

By:_____/s/_____
J. Andrew Keyes, Esq. (VSB No. 37972)
Christopher A. Suarez, Esq. (*pro hac vice*)
Alex Ussia, Esq. (*pro hac vice*)
WILLIAMS & CONNOLLY, LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
akeyes@wc.com
csuarez@wc.com
(202) 434-5000 (telephone)
(202) 434-5029 (facsimile)


WE ASK FOR THIS:

By:_____/s/_____
John F. Cafferky, Esq.
Virginia State Bar No. 21679
Wesley D. Allen, Esq.
Virginia State Bar No. 76458
BLANKINGSHIP & KEITH, P.C.
4020 University Drive, Suite 300
Fairfax, Virginia 22030
Phone: 703-691-1235
Fax: 703-691-3913
jcafferky@bklawva.com
wallen@bklawva.com